*Plain talk. Exceptional expertise.*

MACKENZIE HUGHES LLP



February 17, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Travis Woods v. Centro of Oneida, Inc., Central New York Regional Transportation Authority
Case No.:22-2629

Dear Ms. Wolfe:

We represent the defendants-appellees in this case, the Central New York Regional Transportation Authority and Centro of Oneida, Inc. Pursuant to Local Rule 31.2, I am writing to request a deadline of May 5, 2023 for the filing of our appellees' brief. May 5 is 91 days after the filing of the appellant's brief on February 3.

Thank you for your consideration.

Very truly yours,

MACKENZIE HUGHES LLP

/s/ *W. Bradley Hunt*

W. Bradley Hunt

WBH/ma

W.BRADLEY HUNT
ATTORNEY AT LAW
DIRECT DIAL: (315) 233-8233
EMAIL: BHUNT@MACKENZIEHUGHES.COM

MACKENZIE HUGHES TOWER
440 S. WARREN ST., SUITE 400
SYRACUSE, NY 13202

PHONE: (315) 474-7571
FAX: (315) 474-6409
WWW.MACKENZIEHUGHES.COM

{M0951407.1}